Nov. Term,
·1860.

Van Nest
v.
·Kellum.

---

## Van Nest *v.* Kellum.

In a suit for breach of covenant, it is sufficient to aver the breach negatively, in the words of the covenant; but such averment does not necessarily involve the right to recover more than nominal damages, and would not constitute a defense to an action for purchase money, beyond the amount of one cent.

*Saturday,*
*December 8.*

APPEAL from the *La Porte* Circuit Court.

*Per Curiam.*—Suit to foreclose a mortgage. Answer: that it was given to secure the last installment of the purchase money of a lot of ground, for which a deed, with covenants of title, was executed; and that the seller had not a title in fee. A demurrer was sustained to the answer. Judgment for plaintiff.

In a suit for breach of covenant, it is sufficient to aver the breach negatively, in the words of the covenant. *Martin* v. *Baker*, 5 Blackf. 232; *Floom* v. *Beard*, 8 *id.* 76. Such averment makes the pleading good, but would not necessarily involve a right to recover more than nominal damages.

But a breach of covenant that would sustain an action only to the extent of nominal damages, will not constitute a defense to a suit for unpaid purchase money, beyond the amount of one cent. *Small* v. *Reeves*, 14 Ind. 163.

The judgment is affirmed, with 1 per cent. damages and costs.

*J. Bradley* and *D. J. Woodward*, for appellant.

*J. B. Niles*, for appellee.